UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JJD ASSOCIATES OF PALM BEACH, LTD,

      Plaintiff,

v.

                                   CASE NO.

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

      Defendant.

_____

## PETITION FOR REMOVAL AND INCORPORATED MEMORANDUM OF LAW

      Defendant, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,

("American Empire"), a Delaware company, through its undersigned counsel, and pursuant to 28

U.S.C. §§ 1441 and 1446, respectfully requests that this Court remove the instant action, styled, *JJD*

*Associates of Palm Beach, LTD., vs. American Empire Surplus Lines Insurance Company*, Case No.

50-2011-CA-001509 XXXX MB , from the Fifteenth Judicial Circuit in and for Palm Beach County,

Florida, to the United States District Court for the Southern District of Florida, and as grounds

therefor states as follows:

### GROUNDS FOR REMOVAL

      1.     This is a civil action for declaratory relief and damages which has been filed in the

Circuit Court in and for Palm Beach County, Florida. Palm Beach County is within the Southern

District of Florida. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of the Notice of Service

of Process and Summons and Complaint with exhibits, which are all the matters presently on file in the State Court action, are attached hereto as **Composite Exhibit "A"**.

2.      The present action was filed by Plaintiff in the Circuit Court for Palm Beach County, Florida on or about January 28, 2011.

3.      The Florida Department of Financial Services forwarded Notice of their acceptance of service of process by Certified Mail on **February 11, 2010,** it was received by American Empire on **February 14, 2011**.

4.      This is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. §1332(a)(1), and is subject to removal pursuant to 28 U.S.C. §1441(b).  This civil action is between citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest, attorney's fees and costs.  Specifically, the present action is an action for property damages pursuant to an insurance policy issued by American Empire which American Empire claims are losses not covered by the subject policy.  According to Plaintiffs' complaint American Empire issued a Standard Fire Insurance Policy for the period of December 13, 2008 through December 13, 2009  The policy was not  attached to Plaintiffs' Complaint but is attached hereto as **"Exhibit "B"**.

5.      Plaintiff, JJD Associates of Palm Beach, Ltd., was a resident of Palm Beach County, Florida.

6.      At all times material hereto, Defendant, American Empire, is and was a Delaware corporation, with its principal place of business in Cincinnati, Ohio.  At all times material hereto, American Empire was authorized to conduct business as a foreign profit corporation under the laws of the state of Florida, with their principal place of business located at 580 Walnut Street, Cincinnati, Ohio, 45201. Therefore, Plaintiffs and Defendant are citizens/entities of different states.

7.      The present lawsuit involves a dispute as to whether American Empire owes coverage and compensation to Plaintiffs with regard to damages sustained when a property listed on the subject policy was burglarized.  Plaintiff submitted an estimate of damage to American Empire in excess of $75,000.00. Specifically, on January 6, 2010, David Ezagui of JJD Associates of Palm Beach, Ltd. submitted to Jerry Fish, an adjuster retained by the Defendant, an estimate for damages from Callahan Construction Company with a total of $87,244.27. **See "Exhibit C, Plaintiff's Estimate."**

8.      Plaintiffs are seeking to recover an amount in excess of $75,000, exclusive of interest and costs as evidenced by their estimate of damage in excess of the policy limit.

9.      Based on the above, there is complete diversity between Plaintiff and Defendant. Further, the requirements of Section 1441(b) of Title 28 of the United States Code have been met as Defendant is not a citizen of Florida, the state in which this action was brought.  Thus, this Court has removal jurisdiction on the face of the Complaint based upon diversity of citizenship.

10.     Accordingly, this action is removable in its entirety to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1332(1)(a) and (c).

11.     This Petition for Removal is filed within thirty (30) days from the date on which Defendant was served, i.e., **February 10, 2011**.  Accordingly, this petition is timely under 28 U.S.C. §1446(b).

12.     Pursuant to 28 U.S.C. §1446(d), Defendant, American Empire, will give prompt notice upon filing of this Petition for Removal to all parties of record and to the Clerk of the Circuit Court for Palm Beach, Florida.

## MEMORANDUM OF LAW

Pursuant to the provisions of 28 U.S.C. § 1332(a)(1):

The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different states . . . .

28 U.S.C. §1441 reads, in relevant part, as follows:

(a)      Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States to the district and division embracing the place in which such action is pending . . . .

(b)      Any civil action of which the district courts have original jurisdiction founded on a claim on a claim or right arising under the Constitution, treaties or laws of the United   States shall be removable without regard to the citizenship or residents of the   parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

The instant action meets all the requirements for removal from the State Court to Federal Court. This is an action between citizens of different states; the matter in controversy is in excess of this Court's jurisdictional amount of $75,000, exclusive of interests and costs; and this Notice of Removal was filed timely. See *Murphy Brothers v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). Accordingly, this action is properly removable to the United States District Court for the Southern District of Florida.

## CONCLUSION

The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Complete diversity exists because Plaintiff is a citizen of Florida and the Defendant is a Delaware corporation. Accordingly, there is original jurisdiction in this Court, and Defendant respectfully requests that this

action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1332, *et seq.*, and

28 U.S.C. § 1441, *et seq.*

WHEREFORE, Defendant, AMERICAN EMPIRE SURPLUS LINES , petitions this Court

for removal of this action to the United States District Court for the Southern District of Florida, and

requests that such removal be hereby effectuated and that this Court take jurisdiction of this action.

s/ Morris D. Pataky
RORY ERIC JURMAN
Florida Bar No. 194646
Email: rjurman@Fowler-white.com
MORRIS D PATAKY
Fla. Bar No. 564311
Email: mpataky@fowler-white.com

FOWLER WHITE BURNETT P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:  (954) 377-8100
Facsimile:  (954) 377-8101
*Counsel for Defendant,*
*AMERICAN EMPIRE SURPLUS LINES INSURANCE*
*COMPANY*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by regular U.S. Mail and by facsimile this 8th day of March, 2011 to: **Linda Knoerr, Esq.**, Knoerr Ratliff Law Group, P.A., 9900 W. Sample Road, Coral Springs, Florida 33065, fax: (954) 749-3890.

s/ Morris D. Pataky
RORY ERIC JURMAN
Fla. Bar No. 194646
Email: rjurman@Fowler-white.com
MORRIS D PATAKY
Fla. Bar No. 564311
Email: mpataky@fowler-white.com

FOWLER WHITE BURNETT P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 377-8100
Facsimile:  (954) 377-8101
*Counsel for Defendant,*
*AMERICAN EMPIRE SURPLUS LINES INSURANCE*
*COMPANY*

[cmj] W:\82173\NOTREM47-FED.MDP{3/8/11-11:0}

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFF

JDD ASSOCIATES OF PALM BEACH, LTD.

### DEFENDANT

AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff **Palm Beach, Florida**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Hamilton County, Ohio**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**Rory Eric Jurman, Esq./Morris D. Pataky,, Esq.**
**Fowler White, Burnett P.A.**
**100 SE 3rd Street, Suite 2100, Ft. Lauderdale FL 33394**
**Tel: (954) 377-8100;   Fax: (954) 377-8101**

Attorneys (If Known)
**Linda Knoerr, Esquire**
**Knoerr Ratliff Law Group, P.A.**
**9900 W. Sample Road**
**Coral Springs, FL 33065**
**Tel: (954) 749-3151; Fax: (954)749-3890**

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl/ Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW(405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities- Employment | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS –Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities- Other | B☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | B☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding  X 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

Transferred from

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page)  a) Re-filed Case ☐YES  X NO    b) Related Cases ☐ YES  X NO
DOCKET NUMBER

## VII. CAUSE OF ACTION

(Cite the U.S. Civil statute under which you are filing and Write Brief Statement of Cause. **(Do not cite jurisdictional statutes unless diversity.)** 28 USC Sections 1441 and 1446 – Alleged Breach of First Party Insurance Contract

LENGTH OF TRIAL via  **1-2**  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND:  X YES  NO

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
March  8th , 2011

FOR OFFICE USE ONLY

AMOUNT _____    RECEIPT # _____    IFP _____





11-11310

CHIEF FINANCIAL OFFICER
**JEFF ATWATER**
STATE OF FLORIDA

---

JJD ASSOCIATES OF PALM BEACH, LTD

PLAINTIFF(S),

VS.

AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY

DEFENDANT(S).

_____/

SUMMONS, COMPLAINT, DISCOVERY

**CASE #:** **502011CA001509XXXXMBAN**
**COURT:** **CIRCUIT COURT**
**COUNTY:** **PALM BEACH**
**DFS-SOP#:** **11-11310**



## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida.  Said process was received in my office by MAIL on the 7th day of February, 2011 and a copy was forwarded by Certified Mail on the 10th day of February, 2011 to the designated agent for the named entity as shown below.

> AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY
> CHESTER A NALEPA
> AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY
> PO BOX 5370
> CINCINNATI, OH 45201

**\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.**

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

LINDA M. KNOERR, ESQUIRE
SUITE 330
9900 WEST SAMPLE ROAD
CORAL SPRINGS FL 33065

MDW

**EXHIBIT**

_A_

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JJD ASSOCIATES OF PALM BEACH, LTD.,

        Plaintiff,

vs.                                  CASE NO.

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

        Defendant.

_____/

## S U M M O N S

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint, Notice of Serving Interrogatories, Interrogatories, and Request for Production: in this
action on Defendant:

PLEASE SERVE:     **AMERICAN EMPIRE SURPLUS
                         LINES INSURANCE COMPANY**

BY SERVING:      **Chief Financial Officer
                     P.O. Box 6200
                     Tallahassee, Florida 32314-6200**

Each defendant is required to serve written defenses to the Complaint on the Plaintiff's attorney,
to wit: **Knoerr Ratliff Law Group, 9900 West Sample Road, Suite 330, Coral Springs,
Florida 33065, Tel: (954) 749-3151,** within 20 days after service of this Summons on that
Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk
of this Court either before service on Plaintiff's attorney, or immediately thereafter. If a
defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the Complaint or Petition. Discovery is to be answered within 45 days of the service of the
Complaint.

**JAN 3 1 2011**

                                 SHARON R. BOCK
                                 Clerk & Comptroller

      As Clerk of said Court

## BCATHERINE MAY

     as Deputy Clerk

                       SHARON R. BOCK
                       Clerk & Comptroller
                       P.O. Box 4667
                       West Palm Beach, Florida
                       33402-4667

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JJD ASSOCIATES OF PALM BEACH, LTD.,

     Plaintiff,

CASE NO.: 

vs.

AMERICAN EMPIRE SURPLUS
LINES INSURANCE COMPANY,

     Defendant.

_____/

COPY
RECEIVED FOR FILING
JAN 2 8 2011
SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT

The Plaintiff, JJD ASSOCIATES OF PALM BEACH, LTD., by and through the undersigned attorney, sues the Defendant, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, and in support thereof states as follows:

1.    That this is an action for damages of greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest, attorney's fees and costs, and is otherwise within the jurisdictional limits of this Court.

2.    That at all times material hereto, the Defendant, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, was and is an insurance company authorized to do business in the State of Florida, and doing business in Palm Beach County, Florida.

3.    That at all times material hereto, the Plaintiff, JJD ASSOCIATES OF PALM BEACH, LTD., was and is a limited partnership doing business in Palm Beach County, Florida, and is otherwise *sui juris*.

4.    That at all times material hereto, Plaintiff and Defendant had a policy of

1



KNOERR RATLIFF
LAW GROUP, P.A.  9900 W. Sample Road | Suite 330 | Coral Springs, FL 33065 | office: 954.302.8700 | fax: 954.302.8702 | www.krlg.net

insurance, Policy No. 8 CP 2 44 29 which afforded various types of coverage including coverage for burglary and vandalism to the insured property for the property located at 7440 Lake Worth Road, Lake Worth, FL 33467.

5.     On or about October 8, 2009, the above described property was damaged as a result of burglary and vandalism.

6.     As a result of this incident, the Plaintiff has suffered damages to the premises as well as loss of use of the property.

7.     Plaintiff has furnished the Defendant with timely notice of the loss, proof of claim and have otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes, but the Defendant has refused and continues to refuse to pay any or the Plaintiff's entire claim.

8.     A certified copy of the policy is not in the possession of the Plaintiff, but upon information and belief, is in the possession of the Defendant.

## COUNT I - BREACH OF CONTRACT

Plaintiff re-adopts and re-alleges Paragraphs 1 through 8 above as if fully stated herein, and further allege as follows:

9.     That the Defendant's denial of coverage and refusal to pay the full amount of the claim was contrary to the terms of the policy and/or Florida law, and was a breach of said contract of insurance.

10.     Moreover, based on the actions or inactions of the Defendant, as well as its agents, the Defendant is prevented from denying coverage to the Plaintiff and paying the full amount of the loss sustained.

2



11.   That all conditions precedent to this action have been waived or have occurred.

12.   That as a direct and proximate result of the Defendant's refusal to pay the Plaintiff's claim, the Plaintiff has been required to retain the services of the undersigned attorney to represent and protect the Plaintiff's interests and Plaintiff has become obligated to pay them a reasonable fee for their services in bringing this action.

**WHEREFORE,** the Plaintiff, JJD ASSOCIATES OF PALM BEACH, LTD, demands judgment against the Defendant, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,  for damages including but not limited to damage to the subject property and its loss of use as a result of the incident that occurred on or about October 8, 2009, costs and interest allowed by law, and reasonable attorney's fees pursuant to Fla.Stat.§627.428 or other Florida law, and the Plaintiff demands mediation pursuant to the terms of the policy and a trial by jury of all issues triable as a matter of right by jury.

**Knoerr Ratliff Law Group**
*Attorneys for Plaintiff*
9900 West Sample Road, Ste. 330
Coral Springs, FL 33065
Telephone: 954.749.3151
Facsimile: 954.749.3890
ryan@krlg.net

Linda M. Knoerr, Esquire
Florida Bar No. 0005363
Ryan C. Ratliff, Esquire
Florida Bar No. 0727261

3





**American Empire Surplus
Lines Insurance Company**
A Delaware Stock Company:
Administrative Offices, Cincinnati, Ohio

**DECLARATIONS**
**STANDARD FIRE INSURANCE POLICY**

**POLICY NO.  8 CP 2 44 29**

## NAMED INSURED AND MAILING ADDRESS:

JJD ASSOCIATES OF PALM BEACH, LTD.
7336 LAKE WORTH ROAD
LAKE WORTH, FL  33467

 MCAULEY WOODS, FL

251D          17.5 %

| 1 | 12/13/2008 | 12/13/2009 |
|---|---|---|
| TERM  (YEARS) | INCEPTION  (MO. DAY YR.) | EXPIRATION  (MO. DAY YR.) |

12:01 A.M. Standard Time at the mailing address shown above

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS AND CONDITIONS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 1-7 | 1 | See Form CP1205 |

### COVERAGES PROVIDED   INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | COINSURANCE | RATES |
|---|---|---|---|---|---|---|
| 1-7 | 1 | Real | See Form CP1205 | Special Ex Wd & Hail | 90% | |
| | | BI w/o EE | | Special Ex Wd & Hail | 1/4 Mo. Limitation | |

### OPTIONAL COVERAGES   APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

| PREM. NO. | BLDG. NO. | COVERAGE | AMOUNT |
|---|---|---|---|
| 1-7 | All | Replacement Cost Real | |

### MORTGAGE HOLDERS

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER AND MAILING ADDRESS |
|---|---|---|
| | | |

### DEDUCTIBLE

$5,000.

### FORMS APPLICABLE  (Insert No. and Edition Date)

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**Premium shown is payable:  $ ____14,740.____  at inception.**

12/19/2008

DATE

SL 0497  (5/00)

**EXHIBIT**

tabbies®   *B*

**COMPANY COPY**

**Authorized Representative**



# AMERICAN EMPIRE GROUP®

# NOTICE

This policy was underwritten and priced based upon information and data provided to the company by a licensed representative for the Insured.

SL 0537 (01/05)

AMERICAN EMPIRE GROUP

American Empire Surplus Lines®
Insurance Company

American Empire Insurance Company®

## TO OUR PRODUCERS AND POLICYHOLDERS

### Compliance With U.S. Economic Sanctions Laws

Under various federal laws, the Office of Foreign Assets Control (OFAC), a division of the U.S. Department of the Treasury, administers and enforces economic sanctions against certain countries and groups of individuals, such as terrorists and narcotics traffickers.

**These laws prohibit United States citizens, corporations, and others from engaging in virtually all business transactions with certain countries, entities and individuals designated on the list of Specially Designated Nationals and Blocked Persons (the SDN list).**

Insurance companies, their agents and brokers are prohibited from making payments to anyone·on the SDN list or those otherwise subject to U.S. Economic Sanction Laws.  It is the intention of American Empire to do what is necessary to insure its compliance with all applicable federal laws and regulations relating to economic sanctions.

You can access the U.S. Department of the Treasury OFAC website at **www.ustreas.gov/offices/enforcement/ofac/** for additional information or contact your legal counsel if you have any questions pertaining to this matter.

**This communication is for informational purposes only.  It is not intended to be an exhaustive treatment of the legal issues discussed, nor is it intended to furnish legal advice appropriate to any particular circumstances.  This information is not intended to create and does not create an attorney-client relationship, and this information does not constitute an attorney-client communication.**

MEMBER OF **GREATAMERICAN.**
INSURANCE GROUP

SLO529 (06/03)

# SCHEDULE OF FORMS AND ENDORSEMENTS

THE FORMS AND ENDORSEMENTS DESIGNATED BY AN "X" BELOW SHALL
BE APPLICABLE TO AND MADE PART OF THIS INSURANCE POLICY.

## COMMERCIAL PROPERTY POLICY ISO/FORMS

| | | | |
|---|---|---|---|
| X | CP0090 (7/88) | X | SL0497 (5/00) |
| X | CP0010 (6/07) | X | SL0276F (8/04) |
| | CP0017 (6/07) | | SL0460 (12/94) |
| | CP0030 (6/07) | | SL0461 (12/94) |
| X | CP0032 (6/07) | | SL0454 (2/01) |
| | CP0050 (6/07) | | SL0450 (7/88) |
| | CP1010 (6/07) | X | SL0457 (12/94) |
| | CP1020 (6/07) | X | CP1054 (6/07) |
| X | CP1030 (6/07) | | CP1211 (10/00) |
| | CP1033 (6/95) | | CP0191 (1/04) |
| | CP1040 (6/95) | | CP1410 (6/95) |
| X | CP0125 (7/08) | | ENDORSEMENT |
| | CP1218 (6/07) | | SL0544 (8/06) TX NOTICE |
| | CP0320 (10/92) | | SL0545 (8/06) CA NOTICE |
| | CP0321 (6/07) | X | CP1205 (11/85) |
| | CP1440 (6/07) | | IL0986 (1/08) |
| X | IL0415 (4/98) | X | IL0953 (1/08) |
| | CP0405 (4/02) | X | SL0521 (8/01) |
| | IL0985 (1/08) | | SL0528B (1/08) |
| | CM0001 (9/04) | X | SL0592 (11/08) |
| | CM0066 (9/04) | | SL0452 (12/94) |
| | CM0067 (9/04) | | CM7730 (10/89) |
| | IL0108 (3/05) | | CP1230 (6/95) |
| | CP0440 (6/07) | | CM7645(10/05) |
| | CP1033 (6/95) | X | SL0542B (1/08) |
| | CP0417 (6/95) | X | SL0529 (6/03) |
| | SCHEDULE | X | CP0175 (7/06) |
| X | SL0537 (1/05) | | SL0543(8/06) |
| | SL0572 (3/07) | | SL0559 (12/06) |
| | IL0143 (7/05) | | SL0533 (11/04) EDP FORM |
| | SL0579 (4/08) | | SL0578 (1/08) |
| | CM7625 (2/90) | | CP9930 (02/00) |
| | | | SL0453 (12/94) |

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY COVERAGE PART
# SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

DESCRIPTION OF PREMISES

| Prem. No | Bldg. No. | Location |
|---|---|---|
| 1 | 1 | 7306 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | MNC/ONE UNIT BUILDING |

COVERAGES
PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $1,103,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $    80,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

OPTIONAL COVERAGES

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | X | | |

| Inflation Guard (%) Bldg. | Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|---|---|---|---|---|

*Applies to Business Income Only

MORTGAGE HOLDERS

| Prem. No. | Bldg. No. |
|---|---|

FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

## E. Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1. In the Causes of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

2. In the Causes of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

3. In the Causes of Loss – Special Form, sinkhole collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, sinkhole collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

## F. The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

## CATASTROPHIC GROUND COVER COLLAPSE

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

(a) The abrupt collapse of the ground cover;

(b) A depression in the ground cover clearly visible to the naked eye;

(c) Structural damage to the building, including the foundation; and

(d) The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, structural damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

G. The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

© Insurance Services Office, Inc., 2008

☐

COMMERCIAL PROPERTY
CP 01 75 07 06

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from fungus. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

DESCRIPTION OF PREMISES

| Prem. No | Bldg. No. | Location |
|---|---|---|
| 2 | 1 | 7312 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | MNC/TWELVE UNIT BUILDING |

COVERAGES PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 2 | 1 | BUILDING | $1,248,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $  200,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

OPTIONAL COVERAGES

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|---|---|---|---|---|---|---|---|
| 2 | 1 | | | | X | | |

| | Inflation Guard (%) Bldg.    Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|---|---|---|---|---|

*Applies to Business Income Only

MORTGAGE HOLDERS

| Prem. No. | Bldg. No. |
|---|---|

FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY COVERAGE PART
# SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

**DESCRIPTION OF PREMISES**

| Prem. No | Bldg. No. | Location |
|---|---|---|
| 3 | 1 | 7350 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | MNC/ELEVEN UNIT BUILDING |

**COVERAGES PROVIDED**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 3 | 1 | BUILDING | $1,373,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $  200,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

**OPTIONAL COVERAGES**

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|---|---|---|---|---|---|---|---|
| 3 | 1 | | | | X | | |

| Inflation Guard (%) Bldg. | Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|---|---|---|---|---|
| | | | | |

*Applies to Business Income Only

**MORTGAGE HOLDERS**

| Prem. No. | Bldg. No. |
|---|---|
| | |

**FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| | | | |

# COMMERCIAL PROPERTY COVERAGE PART
# SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

**DESCRIPTION OF PREMISES**

| Prem. No | Bldg. No. | Location |
|---|---|---|
| 4 | 1 | 7380 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | MNC/SEVEN UNIT BUILDING |

**COVERAGES
PROVIDED**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 4 | 1 | BUILDING | $1,183,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $  100,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

**OPTIONAL COVERAGES**

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|---|---|---|---|---|---|---|---|
| 4 | 1 | | | | X | | |

| Inflation Guard (%) Bldg. | Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|---|---|---|---|---|
| | | | | |

*Applies to Business Income Only

**MORTGAGE HOLDERS**

| Prem. No. | Bldg. No. |
|---|---|
| | |

**FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| | | | |

CP 12 05 11 85          Copyright, ISO Commercial Risk Services, Inc.,  1984, 1991          Page 1 of 1

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY COVERAGE PART
# SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

### DESCRIPTION OF PREMISES

| Prem. No | Bldg. No. | Location |
|---|---|---|
| 5 | 1 | 7478 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | JM/ONE UNIT BUILDING (RESTAURANT) |

COVERAGES
PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 5 | 1 | BUILDING | $353,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $ 40,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

### OPTIONAL COVERAGES

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|---|---|---|---|---|---|---|---|
| 5 | 1 | | | | X | | |

| Inflation Guard (%) Bldg. | Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|---|---|---|---|---|
| | | | | |

*Applies to Business Income Only

### MORTGAGE HOLDERS

| Prem. No. | Bldg. No. |
|---|---|
| | |

### FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| | | | |

CP 12 05 11 85

Copyright, ISO Commercial Risk Services, Inc.,  1984, 1991

Page 1 of 1

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY COVERAGE PART
# SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

DESCRIPTION OF PREMISES

| Prem. No | Bldg. No. | Location |
|----------|-----------|----------|
| 6 | 1 | 7440 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | MNC/ONE UNIT BUILDING (RESTAURANT) |

COVERAGES
PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|-----------|-----------|----------|--------------------|------------------------|--------------|-------|
| 6 | 1 | BUILDING | $413,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $ 40,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

OPTIONAL COVERAGES

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|-----------|-----------|------------------------|------|--------|-------------------------------|-------------|-------------------|
| 6 | 1 | | | | X | | |

| Inflation Guard (%) Bldg.    Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|------------------------------------------|----------------------------------------|----------------------------------|--------------------------------------|

*Applies to Business Income Only

MORTGAGE HOLDERS

| Prem. No. | Bldg. No. |
|-----------|-----------|

FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES

| Prem. No. | Bldg. No. | Coverages | Form Number |
|-----------|-----------|-----------|-------------|

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY COVERAGE PART
# SUPPLEMENTAL DECLARATIONS

POLICY NO.  8 CP 2 44 29

COMPANY

AMERICAN EMPIRE SURPLUS LINES INSURANCE CO.

NAMED INSURED:  JJD ASSOCIATES OF PALM BEACH, LTD.

DESCRIPTION OF PREMISES

| Prem. No | Bldg. No. | Location |
|---|---|---|
| 7 | 1 | 7383 LAKE WORTH ROAD, LAKE WORTH, FL  33467 |
| | | MNC/ONE UNIT BUILDING (BANK) |

COVERAGES
PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 7 | 1 | BUILDING | $328,000. | SPECIAL EX WIND & HAIL | 90% | |
| | | BI w/o EE | $ 40,000. | SPECIAL EX WIND & HAIL | ¼ MO. LIMITATION | |

*If Extra Expense Coverage, Limits On Loss Payment

OPTIONAL COVERAGES

| Prem. No. | Bldg. No. | Agreed Value Exp. Date | Cov. | Amount | Replacement Cost (X) Building | Pers. Prop. | Including "Stock" |
|---|---|---|---|---|---|---|---|
| 7 | 1 | | | | X | | |

| | Inflation Guard (%) Bldg.    Pers. Prop. | *Monthly Limit of Indemnity (Fraction) | *Maximum Period of Indemnity (X) | *Extended Period of Indemnity (Days) |
|---|---|---|---|---|

*Applies to Business Income Only

MORTGAGE HOLDERS

| Prem. No. | Bldg. No. |
|---|---|

FORMS APPLICABLE TO SPECIFIC PREMISES/COVERAGES

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|

POLICY NUMBER:

**INTERLINE**
**IL 04 15 04 98**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE***

| Prem.<br>No.<br>2&3 | Bldg.<br>No.<br>1 | Protective Safeguards<br>Symbols<br>P-1 |
|---|---|---|
| **Describe any "P-9":** | | |
| * Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. | | |

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
 Farm Property – Other Farm
 Provisions Form – Additional Coverages,
 Conditions, Definitions
General Conditions in the Mobile Agricultural
 Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
 Form

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   **a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

   **b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   **a.** Connected to a central station; or

   **b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

**B.** The following is added to the EXCLUSIONS section of:

  CAUSES OF LOSS – BASIC FORM
  CAUSES OF LOSS – BROAD FORM
  CAUSES OF LOSS – SPECIAL FORM
  MORTGAGE HOLDERS ERRORS AND
      OMISSIONS COVERAGE FORM
  STANDARD PROPERTY POLICY
  CAUSES OF LOSS FORM – FARM
      PROPERTY
  MOBILE AGRICULTURAL MACHINERY AND
      EQUIPMENT COVERAGE FORM
  LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc., 1997
IL 04 15 04 98

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 10 54 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number |
|---|---|
| 1-7 | ALL |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the **Exclusions** section and is therefore **not** a Covered Cause of Loss:

**WINDSTORM OR HAIL**

We will not pay for loss or damage:

**1.** Caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

**2.** Caused by rain, snow, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the Windstorm or Hail.

But if Windstorm or Hail results in a cause of loss other than rain, snow, sand or dust, and that resulting cause of loss is a Covered Cause of Loss, we will pay for the loss or damage caused by such Covered Cause of Loss. For example, if the Windstorm or Hail damages a heating system and fire results, the loss or damage attributable to the fire is covered subject to any other applicable policy provisions.

**B.** The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

**C.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, Windstorm or Hail is deleted from Paragraph **2.a.**

**D.** In the Causes Of Loss – Special Form, Windstorm or Hail is deleted from the "specified causes of loss".

**E.** Under **Additional Coverage Extensions – Property In Transit,** in the Causes Of Loss – Special Form, Windstorm or Hail is deleted from Paragraph **b.(1).**

© ISO Properties, Inc., 2007

**ENDORSEMENT NO.**

**TO POLICY NO.**

**EFFECTIVE DATE**

**ADDITIONAL PREMIUM**    $

**RETURN PREMIUM**    $

**NAMED INSURED**

**PRODUCER**

---

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

NUCLEAR, BIOLOGICAL, CHEMICAL, or RADIOLOGICAL EXCLUSION

This endorsement modifies insurance provided under the following:

    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL INLAND MARINE POLICY
    COMMERCIAL PROPERTY COVERAGE PART
    COMMERCIAL MULT-LINE POLICY

The following exclusion is added:

A. Nuclear, Biological, Chemical, or Radiological Exclusion

Notwithstanding any other provision of this policy, we will not pay for any loss or damage caused, directly or indirectly, in whole or in part, by any of the following, regardless of any other cause(s) or event(s) that may contibute concurrently or in any other sequence to the loss or damage:

    1. Any actual, attempted, suspected, or threatened use of any "NBCR material" as part of any plan, effort, or design, actually or apparently intended to cause any:

        a. loss or damage to any tangible intangible property, or

        b. "bodily injury" or emotional distress.

    2. Any actual, attempted, suspected, or threatened presence, spread, dissemination, release, escape, or distribution of any "NBCR

material" as a direct or indirect result of any actual, attempted, suspected, or threatened plan, effort, or design, actually or apparently intended to cause any:

    a. loss or damage to any tangible or intangible property, or

    b. "bodily injury" or emotional distress.

However, if a hostile fire results, directly or indirectly, from 1. or 2. above, we will not pay for any loss or damage from that fire. This is so, even if another exclusion in this Coverage Form, Coverage Part, or Policy also applies, and under that other exclusion we would pay for loss or damage from that fire.

---

Page 1 of 2
SL 0542B (01/08)

Authorized Representative

B. Definitions

The following definitions are added:

1. "NBCR material"

   "NBCR material" means any nuclear, biological, chemical, or radiological material or substance that causes damage to property or is harmful to human health. "NBCR material" includes, but is not limited to:

   (1) any radioactive substance or material, and the radiation it releases,

   (2) any pathogen, bacterium, microbe, virus, or other organism,

   (3) any substance or material produced by or from any pathogen, bacterium, microbe, virus, or other organism, and

   (4) any poison, toxin, or other harmful chemical, substance, or material.

   (5) The foregoing list (1) through (4) is only illustrative, and should not be construed as a complete, exclusive, or exhaustive list of all "NBCR materials".

2. "Bodily injury"

   "Bodily injury" includes any physical injury, disease, or death or any person.

Authorized Representative

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

**REJECTION OF OFFER PURSUANT TO TERRORISM RISK INSURANCE ACT - FLORIDA**

**A.   Rejection Of Offer**

You have rejected the offer of terrorism coverage for Acts of Terrorism that are certified under the Terrorism Risk Insurance Act as an Act of Terrorism. An exclusion of terrorism losses has been made a part of this Policy.

**B.   Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. **You have rejected this offer of coverage.**

Includes copyrighted material of ISO Properties, Inc., with its permission.

**American Empire Surplus
Lines Insurance Company**

ENDORSEMENT NO.

TO POLICY NO.

EFFECTIVE DATE

ADDITIONAL PREMIUM     $

RETURN PREMIUM     $

NAMED
INSURED

PRODUCER

# Property Absolute Mold, Spores, or Fungus Exclusion

The following clauses are added to this policy and take precedence over any other wording contained in this policy.

This policy does not apply to any loss or damage caused by or resulting from the actual or threatened existence, growth, release, transmission, migration, dispersal, or exposure to "mold", "spores", or "fungus."

"Mold", "spores", or "fungus" means any mold, spores, or fungus of any type that can cause or threaten physical damage, deterioration, loss of use or loss of value or marketability, to any tangible property whatsoever.  This includes, but is not limited to, any type(s) of mold, spores, or fungus that are damaging or potentially damaging to tangible property.

Nor does this policy apply to the cost of removal, disposal, decontamination or replacement of Insured property which has been contaminated by mold, spores, or fungus and by law or civil authority must be restored, disposed of, or decontaminated.

Any such loss described above is excluded regardless of any other cause of event that contributed concurrently or in any sequence to the loss.

ISSUE DATE: 12/19/2008
SL 0521(8/01)

**Authorized Representative**

**American Empire Surplus
Lines Insurance Company**

ENDORSEMENT NO.

TO POLICY NO.

NAMED
INSURED

EFFECTIVE DATE

ADDITIONAL PREMIUM     $

PRODUCER

RETURN PREMIUM        $

## <u>MINIMUM EARNED PREMIUM ENDORSEMENT</u>

In the event of cancellation of this policy by the Insured, a minimum premium of 25% shall become earned; any conditions of the policy to the contrary notwithstanding.

Failure of the Insured to make timely payment of premium shall be considered a request by the Insured for the Company to cancel.  In the event of such cancellation by the Company for nonpayment of premium the minimum premium shall be due and payable; provided, however, such nonpayment cancellation shall be rescinded if the Insured remits the full premium due within 10 days of receiving said cancellation notice.

In the event of any other cancellations by the Company the earned premium shall be computed pro-rata, and shall not be subject to said minimum premium.

All other terms and conditions remain unchanged.

ISSUE DATE: 12/19/2008
SL 0457 (12/94)

Authorized Representative



AMERICAN EMPIRE
SURPLUS LINES®
INSURANCE COMPANY

A DELAWARE STOCK COMPANY: ADMINISTRATIVE OFFICES, CINCINNATI, OHIO

## Standard Fire Insurance Policy

SL 0276F (8/04)

# COMMON POLICY CONDITIONS

All Coverage Forms included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The fist Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe and healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

*(signature)*
Secretary

*(signature)*
President

SL 0276F (8/04)

---

(Attach Declarations, Schedules, and Endorsements Here)

**General Service of Suit Endorsement**
**(Not Applicable in Delaware or Pennsylvania)**

Pursuant to any statute of any state or district of the United States of America that makes provision therefor, the Insurer hereby designates the commissioner, superintendent or director of insurance or other officer specified for that purpose in the statute and his or her successors in office and duly authorized deputies in the state where this policy is issued, as the Insurer's true and lawful attorney for service of legal process in any action, suit or proceeding brought in the state where this policy is issued by on on behalf of an insured or beneficiary against the Insurer arising out of the insurance issued under this policy. Any legal process received by such attorney for service of legal process shall be forwarded, except as provided below, to the attention of: Eve Cutler Rosen, General Counsel, Great American Insurance Company, 580 Walnut Street, Cincinnati, Ohio 45202.

In **California**, any legal process received by the Insurer's statutory attorney for service of process shall be forwarded to the attention of: Jere Keprios, The CT Corporation System, 818 West Seventh Street, Los Angeles, California 90017;

In **Maine**, the Insurer hereby designates CT Corporation System as its attorney for service of legal process in any action relating to this policy, and directs that all such legal process be mailed to: CT Corporation System, One Portland Square, Portland, Maine 04101.

In **Oregon**, the Insurer and the insured policyholder hereby agree to waive the provisions of Oregon Insurance Code Section 735.490 requiring that service of legal process in any action relating to this policy shall be served on the insurance agent who registered or delivered this policy, and instead agree that such service of legal process be mailed directly to Eve Cutler Rosen, General Counsel, Great American Insurance Company 580 Walnut Street, Cincinnati, Ohio 45202.

In **Rhode Island**, the Insurer hereby designates CT Corporation System as its attorney for service of legal process in any action relating to this policy, and directs that all such legal process be mailed to: CT Corporation System, 10 Weybosset Street, Providence, Rhode Island 02903.

The foregoing designations of attorney for service of legal process upon the Insurer shall not constitute a waiver of the Insurer's rights to remove, remand, dismiss or transfer any suit or proceeding from any court, or to commence any suit or other proceeding in any court of competent jurisdiction.

**Special Service of Suit Endorsement**
**(Applicable in Delaware and Pennsylvania Only)**

It is agreed that in the event of the failure of the Insurer(s) or Underwriter(s) hereon to pay any amount claimed to be due hereunder, the Insurer(s) or Underwriter(s) hereon, at the request of the Insured (or reinsured), will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction, and all matters arising hereunder shall be determined in accordance the law and practice of such Court.  It is further agreed that in any such action instituted under this contract, the Insurer(s) and/or Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

Service of process shall be made pursuant to any statute of any state, territory or district within the United States of America that makes provision for interstate and international service of legal process. When making service of process by mail, such process shall be mailed to Eve Cutler Rosen, General Counsel, Great American Insurance Company, 580 Walnut Street, Cincinnati, Ohio 45202.  The above named is authorized and directed to accept service of process on behalf of the Insurer(s) or Underwriters in any such suit and/or upon the request of the Insured or (reinsured) to give a written undertaking to the Insured (or reinsured) that she will enter a general appearance upon the Insurer(s) or Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States of America which makes provision therefor, the Insurer(s) or Underwriters hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute or his or her successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance) and hereby designate the above named as the person to whom the said officer is authorized to mail such process  or a true copy thereof.

The foregoing designation of attorney for service of legal process upon the Insurer shall not constitute a waiver of its rights to remove, remand, dismiss or transfer any suit or proceeding from any court, or to commence any suit or other proceeding in any court of competent jurisdiction.

SL 0276F (8/04)

POLICY NUMBER:

IL 09 53 01 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
| **No Exceptions – Paragraph C does not apply** |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:
**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© ISO Properties, Inc., 2007

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2007
IL 09 53 01 08   □

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

      Copyright, ISO Commercial Risk Services, Inc., 1983, 1987      **CP 00 90 07 88**   □

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.**, Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

© ISO Properties, Inc., 2007

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other *paved surfaces;*

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property *is located), water, growing crops or lawns;*

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but *are not limited to proprietary information,* books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** *Rowboats or canoes out of water at* the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

    © ISO Properties, Inc., 2007    **CP 00 10 06 07**    □

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

© ISO Properties, Inc., 2007   □

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

  **(a)** You were required to comply with before the loss, even when the building was undamaged; and

  **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

  **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

  **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

  **(a)** We will not pay for the Increased Cost of Construction:

    **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

  **(c)** If ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.  Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

 © ISO Properties, Inc., 2007  □

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

© ISO Properties, Inc., 2007

CP 00 10 06 07   □

(b) This Extension does not apply to:

   (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

   (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

 © ISO Properties, Inc., 2007 ☐

(2) This Extension does not apply to property:

    (a) In or on a vehicle; or

    (b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    (a) The trailer is used in your business;

    (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

    (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

    (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

© ISO Properties, Inc., 2007

## D. Deductible

In any one occurrence of loss or damage (herein-after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deducti-ble, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be com-bined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance ap-plicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
−    250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a com-petent and impartial appraiser. The two ap-praisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

   **a.** You must see that the following are done in the event of loss or damage to Covered Property:

     **(1)** Notify the police if a law may have been broken.

     **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

     **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

     **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

     **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

     **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

     **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

     **(8)** Cooperate with us in the investigation or settlement of the claim.

   **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

   **a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

     **(1)** Pay the value of lost or damaged property;

     **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

     **(3)** Take all or any part of the property at an agreed or appraised value; or

     **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

     We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

   **b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   **c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

   **d.** We will not pay you more than your financial interest in the Covered Property.

   **e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   **f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   **g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

     **(1)** We have reached agreement with you on the amount of loss; or

     **(2)** An appraisal award has been made.

 © ISO Properties, Inc., 2007 ☐

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

  **a. Description Of Terms**

    **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

      **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

        **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

        **(ii)** Used by the building owner to conduct customary operations.

    **(2)** Buildings under construction or renovation are not considered vacant.

  **b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      **(a)** Vandalism;

      **(b)** Sprinkler leakage, unless you have protected the system against freezing;

      **(c)** Building glass breakage;

      **(d)** Water damage;

      **(e)** Theft; or

      **(f)** Attempted theft.

    **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

  **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

  **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $     250 |
| | The amount of loss is: | $   40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

© ISO Properties, Inc., 2007

## EXAMPLE #2 (ADEQUATE INSURANCE)

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

## EXAMPLE #3

| | | |
|---|---|---|
| When: | The value of the property is: | |
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

 © ISO Properties, Inc., 2007  □

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

## EXAMPLE

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

© ISO Properties, Inc., 2007

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

    (a) Of comparable material and quality; and

    (b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

    **a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    **b.** With respect to replacement cost on the personal property of others, the following limitation applies:

    If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

    **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY
CP 00 32 06 07

# BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.,** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

© ISO Properties, Inc., 2007

2. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

3. **Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

4. **Additional Coverages**

a. **Expenses To Reduce Loss**

In the event of a covered loss of Business Income, we will pay necessary expenses you incur, except the cost of extinguishing a fire, to avoid further loss of Business Income. The total of our payment for Business Income loss and Expenses To Reduce Loss will not be more than the Business Income loss that would have been payable under this Coverage Form (after application of any Coinsurance penalty) if the Expenses To Reduce Loss had not been incurred. This coverage does not increase the Limit of Insurance.

The Coinsurance condition does not apply specifically to such Expenses To Reduce Loss, but it is used as described above to determine the total amount payable.

b. **Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

c. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

© ISO Properties, Inc., 2007

CP 00 32 06 07    □

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

    (a) Used in the construction, alterations or additions; or

    (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d. Extended Business Income**

    **(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

    (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

    (b) Ends on the earlier of:

        (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

        (ii) 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

    **(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

    (a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

    (b) Ends on the earlier of:

        (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

        (ii) 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**e. Interruption Of Computer Operations**

    **(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

    **(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

    **(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

        **(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage – Interruption Of Computer Operations is $2,500 for all loss sustained in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss sustained as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss in a subsequent policy year(s), all loss is deemed to be sustained in the policy year in which the interruption began.

**(5)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**5.** **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay for loss under this Extension is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extended Business Income; or

**4.** Expenses To Reduce Loss.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

© ISO Properties, Inc., 2007

CP 00 32 06 07

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   **a.** You must see that the following are done in the event of loss:

   **(1)** Notify the police if a law may have been broken.

   **(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

   **(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

   **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   **(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   **(7)** Cooperate with us in the investigation or settlement of the claim.

   **(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

   **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   **a.** The amount of Business Income loss will be determined based on:

   **(1)** The Net Income of the business before the direct physical loss or damage occurred;

   **(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

   **(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

   **(4)** Other relevant sources of information, including:

   **(a)** Your financial records and accounting procedures;

   **(b)** Bills, invoices and other vouchers; and

   **(c)** Deeds, liens or contracts.

   **b.** **Resumption Of Operations**

   We will reduce the amount of your Business Income loss to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

c. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

D. **Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

a. The Net Income (Net Profit or Loss before income taxes), and

b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**EXAMPLE #1 (UNDERINSURANCE)**

When:    The Net Income and operating
         expenses for the 12 months
         following the inception, or last
         previous anniversary date, of
         this policy at the described
         premises would have been:    $ 400,000

         The Coinsurance percentage is:    50%

         The Limit of Insurance is:    $ 150,000

         The amount of loss is:    $  80,000

Step **(1)**: $400,000 x 50% = $200,000

         (the minimum amount of insurance to
         meet your Coinsurance requirements)

Step **(2)**: $150,000 ÷ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

   © ISO Properties, Inc., 2007   **CP 00 32 06 07**   ◻

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income is the lesser of:

(1) The amount of loss sustained during the 120 days immediately following the beginning of the "period of restoration"; or

(2) The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

| When: | The Limit of Insurance is: | $ 120,000 |
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | | |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

 © ISO Properties, Inc., 2007   □

    **b.** The Additional Condition, Coinsurance, is suspended until:

      **(1)** 12 months after the effective date of this Optional Coverage; or

      **(2)** The expiration date of this policy;

      whichever occurs first.

    **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

      **(1)** Within 12 months of the effective date of this Optional Coverage; or

      **(2)** When you request a change in your Business Income Limit of Insurance.

    **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

      **(1)** The Business Income Limit of Insurance; divided by

      **(2)** The Agreed Value.

**EXAMPLE**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $  80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

  **4.** **Extended Period Of Indemnity**

    Under Paragraph **A.4.d., Extended Business Income,** the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

  **1.** "Finished stock" means stock you have manufactured.

    "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

    "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

  **2.** "Operations" means:

    **a.** Your business activities occurring at the described premises; and

    **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

  **3.** "Period of restoration" means the period of time that:

    **a.** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

    **b.** Ends on the earlier of:

      **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(2)** The date when business is resumed at a new permanent location.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

  **4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

  **5.** "Rental Value" means Business Income that consists of:

    **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

© ISO Properties, Inc., 2007

□

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

© ISO Properties, Inc., 2007

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

     © ISO Properties, Inc., 2007     CP 10 30 06 07     ☐

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   (a) Electrical current, including arcing;

   (b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

   (c) Pulse of electromagnetic energy; or

   (d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)** Smog;

   **(4)** Settling, cracking, shrinking or expansion;

   **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   **(7)** The following causes of loss to personal property:

      (a) Dampness or dryness of atmosphere;

      (b) Changes in or extremes of temperature; or

      (c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

 © ISO Properties, Inc., 2007   □

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

© ISO Properties, Inc., 2007

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

© ISO Properties, Inc., 2007

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

    **a.** Results in discharge of any substance from an automatic fire protection system; or

    **b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

    **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

    **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

        **(1)** A cause of loss listed in **2.a.** or **2.b.;**

        **(2)** One or more of the "specified causes of loss";

        **(3)** Breakage of building glass;

        **(4)** Weight of people or personal property; or

        **(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

    **a.** A building or any part of a building that is in danger of falling down or caving in;

    **b.** A part of a building that is standing, even if it has separated from another part of the building; or

    **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

    **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

    **b.** Awnings, gutters and downspouts;

    **c.** Yard fixtures;

    **d.** Outdoor swimming pools;

    **e.** Fences;

    **f.** Piers, wharves and docks;

    **g.** Beach or diving platforms or appurtenances;

    **h.** Retaining walls; and

    **i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

        **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

        **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

    **b.** The personal property which collapses is inside a building; and

    **c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a. A "specified cause of loss" other than fire or lightning; or

    b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

© ISO Properties, Inc., 2007

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

© ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
CP 01 25 07 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

C. The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1. Broward County;
2. Dade County;
3. Martin County;
4. Monroe County;
5. Palm Beach County; and
6. All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:
   a. Indian River; and
   b. St. Lucie.

**WINDSTORM EXTERIOR PAINT AND WATERPROOFING EXCLUSION**

We will not pay for loss or damage caused by windstorm to:

1. Paint; or
2. Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

a. The amount of the Windstorm or Hail Deductible; or
b. The value of Covered Property when applying the Coinsurance Condition.

D. The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

(1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

(2) Within 30 days after we receive the sworn proof of loss and:
   (a) There is an entry of a final judgment; or
   (b) There is a filing of an appraisal award with us; or

(3) Within 90 days of receiving notice of claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph (3) applies only to the following:

(a) A claim under a policy covering residential property;

(b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

© Insurance Services Office, Inc., 2008

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1. In the Causes of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

2. In the Causes of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

3. In the Causes of Loss – Special Form, sinkhole collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, sinkhole collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**CATASTROPHIC GROUND COVER COLLAPSE**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

(a) The abrupt collapse of the ground cover;

(b) A depression in the ground cover clearly visible to the naked eye;

(c) Structural damage to the building, including the foundation; and

(d) The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, structural damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

© Insurance Services Office, Inc., 2008

COMMERCIAL PROPERTY
CP 01 75 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from fungus. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

CP 01 75 07 06                © ISO Properties, Inc., 2006                Page 1 of 1

# JJD ASSOCIATES OF PALM BEACH, LTD
## 7336 LAKE WORTH ROAD
## LAKE WORTH, FL. 33467
## (P) 561-433-0564  (F) 561-432-4968

DATE: Jan. 06, 2010

TO: Jerry Fish

COMPANY: Nat'l. General Adj.

FROM: David Ezagui

Fax: 954-735-0317

RE: Cohiba

I am sending you the quote from the contractor concerning Cohiba for a settlement. Please call me and let me know the situation.  Thank you.

David Ezagui


PAGES FAXED INCLUDING COVER SHEET   (9)


EXHIBIT

_C_

 **CALLAHAN**  Callahan Construction Corporation

| | | | |
|---|---|---|---|
| Client: | IJD Associates of Palm Beach Ltd | Business: | (561) 433-0564 |
| Property: | 7300 Lake Worth Rd | | |
| | Lake Worth, FL 33467-2529 | | |

Operator Info:
Operator:     MCALLAHA

Estimator:    Michael W. Callahan Jr.          Business:    (561) 965-2677

Business:     1515 Lake Avenue
              Lake Worth, FL 33460

Type of Estimate:   Theft
Date Entered:       12/28/2009          Date Assigned:

Price List:     FLWB5B_NOV09
                Restoration/Service/Remodel
Estimate:       IJDASSOCIATES

**The total price for this estimate is $87,244.27**

This estimate is written with the latest pricing for the South Florida area
This is a preliminary estimate based on what was seen on the day we inspected the property and subsequent visits since that date. This report has been prepared to the best of our knowledge at the time and is subject to change after receiving final reports. We assume no responsibility for prices, errors, omissions or charges out of our control. We have tried to be as accurate as possible, yet we are human and make mistakes. For every item that might be in error, there are several items that we could have included. We only try to create a fair estimate. This is not a binding contract, only a useful tool in evaluating damages.



**CALLAHAN**   Callahan Construction Corporation

JJDASSOCIATES

Equipment

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 50.  R&R Range hood - stainless steel - oversized - High grade | 2.00 EA | 26.58 | 2,985.12 | 6,023.40 |
| Includes: Range hood, fan, and installation labor. Excludes: Ductwork Quality: Stainless steel, wall mounted.  May have, detailed band, or premium finish, 37"- 60" wide.  220 cfm fan kit. Note: For ceiling mount/island hood add item: APPHDI. Average life expectancy 14 years Average depreciation 7.14% per year | | | | |
| 51.  R&R Walk-in Cooler - cooling unit | 1.00 EA | 88.62 | 2,576.07 | 2,664.69 |
| Includes: 2 horse power cooling unit for walk-in cooler and installation labor. Excludes: Electrical connections and wiring Average life expectancy 10 years Average depreciation 10% per year | | | | |
| 52.  R&R Walk-in Cooler - door | 1.00 EA | 66.47 | 1,020.19 | 1,086.66 |
| Includes: Flush entrance door with pilfer proof hardware and viewing window and installation labor. Average life expectancy 10 years Average depreciation 10% per year | | | | |
| 53.  R&R Walk-in Cooler - wall panels and floor | 1.00 SF | 3.99 | 84.95 | 88.94 |
| Includes: Walk-in cooler panels, floor, and labor to install. Excludes: Electrical connections and wiring. Quality: Galvanized interior and exterior 4" foamed panels with gaskets and T&G edges, stainless steel floor, R-34 insulation, light, and thermometer. Note: Per square foot of floor space. Average life expectancy 10 years Average depreciation 10% per year | | | | |
| 54.  R&R Walk-in freezer unit - 10' x 10' | 1.00 EA | 886.20 | 9,624.92 | 10,511.12 |
| Includes: Freezer and labor for setup and calibration and connections. Quality: 10' x 10' walk-in unit. Average life expectancy 10 years Average depreciation 10% per year | | | | |
| 55.  R&R Restaurant equip. - Bar sink - 2 tub - 4' long | 2.00 EA | 44.31 | 1,094.47 | 2,277.56 |
| Includes: Bar sink, P-trap, and labor to install Excludes: Faucets and sprayers. Quality: Stainless steel with two compartments / basins, adjustable legs, and up to 48" in length. Average life expectancy 10 years Average depreciation 10% per year | | | | |

Totals:  Equipment                                                                                          22,652.37



Callahan Construction Corporation

| | | Rear Door | | |
|---|---|---|---|---|
| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
| 90.  R&R Exterior door, 8' - metal - insulated - flush or panel | 1.00 EA | 29.05 | 435.68 | 464.73 |

Includes: Exterior door, hinges, jamb, stop, brick mold, casing (one side), finish nails, screws, wood shims, and installation labor.
Excludes: Lockset and painting.
Quality: 8' tall, insulated metal flush (smooth) or panel door with pre-drilled holes for lockset, threshold and weatherstrip.  Paint grade softwood jamb and 2 1/4" paint-grade casing.
Average life expectancy 100 years
Average depreciation 1% per year

| | | | | |
|---|---|---|---|---|
| 91.  R&R Deadbolt - Heavy duty - Commercial grade | 1.00 EA | 8.30 | 124.44 | 132.74 |

Includes: Deadbolt lock and installation labor.
Quality: Commercial grade, heavy duty.
Average life expectancy 20 years
Average depreciation 5% per year

| | | | | |
|---|---|---|---|---|
| 92.  R&R Door lockset - exterior - Premium grade | 1.00 EA | 11.09 | 120.63 | 131.72 |

Includes: Exterior door lockset and installation labor.
Quality: Premium grade lockset with heavyweight construction.
Average life expectancy 20 years
Average depreciation 5% per year

| | | | | |
|---|---|---|---|---|
| 93.  R&R Door closer - Heavy duty - Commercial grade | 1.00 EA | 13.29 | 241.14 | 254.43 |

Includes: Interior door closer and installation labor.
Quality: Commercial grade, heavy duty.
Average life expectancy 20 years
Average depreciation 5% per year

| | | | | |
|---|---|---|---|---|
| 94.  R&R Door kick plate - 16 gauge,  8" x 34" | 1.00 EA | 7.38 | 46.63 | 54.01 |

Includes: Kick plate, attachment screws, and installation labor.
Quality: 16 gauge, 8" x 34".
Average life expectancy 20 years
Average depreciation 5% per year

| | | | | |
|---|---|---|---|---|
| 95.  R&R Panic hardware - rim series (bar and latch, no rods) | 1.00 EA | 26.58 | 461.71 | 488.29 |

Includes: Panic hardware and installation labor.
Quality: Bar and latch, no rods.
Average life expectancy 20 years
Average depreciation 5% per year

| | | | | |
|---|---|---|---|---|
| 96.  R&R Door peep hole | 1.00 EA | 4.43 | 13.39 | 17.82 |

Includes: Peep hole and installation labor.
Quality: Plastic or brass finish.
Average life expectancy 20 years
Average depreciation 5% per year

 Callahan Construction Corporation

CONTINUED - Rear Door

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Totals: Rear Door | | | | 1,543.74 |

### Plumbing

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 97. R&R Water supply line - copper with fitting and hanger, 3/8" | 200.00 LF | 1.07 | 10.78 | 2,370.00 |

Includes: Copper water pipe with fittings and hangers, and installation labor.
Quality: 3/8" pipe. One fitting and one hanger every 8 LF.
Average life expectancy 50 years
Average depreciation 2% per year

| 98. Plumber - per hour | 40.00 HR | 0.00 | 93.12 | 3,724.80 |
|---|---|---|---|---|

Includes: Hourly labor rate for a plumber.
Note: The plumber typically performs such tasks as installing rough-in plumbing (water supply, drain lines, and fire suppression systems), fixtures (sinks, tubs, toilets, and faucets), and various appliances where a water connection is needed (dishwashers, water heaters, and water softeners).
Average life expectancy 0 years
Average depreciation 0% per year

| 99. Plumbing equipment connections - commercial kitchen | 5.00 EA | 0.00 | 366.32 | 1,831.60 |
|---|---|---|---|---|

Includes: Material and labor to make plumbing connections in a commercial kitchen.
Note: Price is per piece of equipment; assuming two supply connections and one drain connection per piece of equipment.
Average life expectancy 100 years
Average depreciation 1% per year

| 100. R&R Gas fire suppression system - commercial | 2,500.00 SF | 1.48 | 8.27 | 24,375.00 |
|---|---|---|---|---|

Includes: Pressurized tanks, heads, piping, hardware, inert gas, alarm panels, controls, and installation labor.
Quality: Commercial building, secured areas.
Average life expectancy 40 years
Average depreciation 2.5% per year

| Totals: Plumbing | | | | 32,301.40 |
|---|---|---|---|---|

### Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 102. R&R Suspended ceiling system - Premium grade - 2' x 4' | 1,500.00 SF | 0.34 | 3.25 | 5,385.00 |



Callahan Construction Corporation

CONTINUED - Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Includes: Grid system hardware, tiles, and installation labor. | | | | |
| Quality: Any type of deep relief or pattern on the tile. Runners have a metallic finish such as chrome, brass, or copper. | | | | |
| Note: Combines ACTST++ with ACTSG++. | | | | |
| Average life expectancy 150 years | | | | |
| Average depreciation 0.67% per year | | | | |

Totals: Ceiling                                                                        5,385.00

Drywall Repair

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 103. Drywall repair - Minimum charge | 1.00 EA | 0.00 | 470.00 | 470.00 |
| Includes: One 4'x 8' sheet of gypsum board. 10lbs of joint compound, 50' of perfotape, and 6 hours labor. | | | | |
| Note: Minimum charge for drywall repair. 6 hour labor cost is based on a 3 hour initial trip, and two 1.5 hour return trips. | | | | |
| Minimum items are not meant to be used in conjunction with the "Broken Out" labor efficiency. They should only be used when | | | | |
| estimating "Factored In". | | | | |
| Average life expectancy 0 years | | | | |
| Average depreciation 0% per year | | | | |

Totals: Drywall Repair                                                                 470.00

Painting

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 106. Mask the surface area per square foot - plastic and tape - 4 mil | 2,500.00 SF | 0.00 | 0.16 | 400.00 |
| Includes: 4 mil plastic (12' wide roll), masking tape, and labor. | | | | |
| Average life expectancy 0 years | | | | |
| Average depreciation 0% per year | | | | |
| 104. Paint the surface area - two coats | 2,500.00 SF | 0.00 | 0.65 | 1,625.00 |
| Includes: Latex paint, painter's putty, sandpaper, and labor. | | | | |
| Quality: Two coats. | | | | |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make | | | | |
| painting easier. An average amount of this kind of prep work is included. | | | | |
| Average life expectancy 15 years | | | | |
| Average depreciation 6.67% per year | | | | |

Totals: Painting                                                                       2,025.00

JJDASSOCIATES                                                        1/4/2010         Page: 5



## Callahan Construction Corporation

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Miscellaneous | | | | |
| 107. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | 506.27 | 0.00 | 1,518.81 |

Includes: Dumpster delivery, rental, transportation to disposal site, and dumping fees.
Excludes: Demolition.
Quality: The Home Depot Dumpster Rentals or equal. For The Home Depot Dumpster Rentals call 1-800-433-8677 (US), sales and service available 24x7 365 or go to www.homedepot.com.
Note: Price charged by a waste management company to pickup and dump an average dumpster (approx 20 yds). Usually holds about 4 tons of debris. As a general rule, the dumpster must be emptied every 5 to 7 days or additional fees may be charged. No life expectancy data

| | |
|---|---|
| Totals: Miscellaneous | 1,518.81 |
| Line Item Subtotals: JJDASSOCIATES | 65,896.32 |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 165.14 |
| Drywall Installer/Finisher | 299.88 |
| Electrician | 173.26 |
| Hardware Installer | 115.88 |
| Heating / A.C. Mechanic | 178.68 |
| Plumber | 186.24 |
| Painter | 94.94 |

| | |
|---|---|
| Total Adjustments for Base Service Charges: | 1,214.02 |
| Permit | 3,329.93 |
| Line Item Totals: JJDASSOCIATES | 70,440.27 |

 **Callahan Construction Corporation**

## Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 65,896.32 |
| Total Adjustments for Base Service Charges | | | | 1,214.02 |
| Permit | | | | 3,329.93 |
| Material Sales Tax | @ | 6.500% x | 34,819.74 | 2,263.28 |
| | | | | |
| Subtotal | | | | 72,703.55 |
| Overhead | @ | 10.0% x | 72,703.55 | 7,270.36 |
| Profit | @ | 10.0% x | 72,703.55 | 7,270.36 |
| | | | | |
| Replacement Cost Value | | | | $87,244.27 |
| Net Claim | | | | $87,244.27 |

Michael W. Callahan Jr.